UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SHIVAN BASSAW, Individually, and On Behalf of All   :
Others Similarly Situated,                          :
: 
      Plaintiff, : 23 Civ. 4667 (JPC)
:
  -v- : ORDER
:
MKUL, INC.,                                         :
:
      Defendant.       :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

 On September 12, 2024, Plaintiff served the First Amended Complaint on Defendant. Dkt. 52. Defendant's deadline to respond to the First Amended Complaint was listed on the docket as October 3, 2024. *Id.* That deadline has passed, and the docket does not reflect a response to the First Amended Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the First Amended Complaint until October 29, 2024. If Defendant once again fails to respond to the First Amended Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by November 12, 2024.

 SO ORDERED.

Dated: October 15, 2024
   New York, New York

                 JOHN P. CRONAN
                 United States District Judge